

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

United States of America ex rel. Darryn
Kelly

Civil Action No. 11cv2975-WQH-RBB

**Plaintiff,**

**V.**

Serco, Inc.; DOES 1-5

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion for Summary Judgment is granted. Defendant's Motion to Strike the Testimony of
Kevin Martin is denied as moot.

**Date:** _____10/8/14_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Cruz

M. Cruz, Deputy