# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DARRYN KELLY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SERCO, INC., a New Jersey Corporation, ET AL,<br><br>　　　　　　　　　　　Defendant | Case No.: 11CV2975-WQH(RBB)<br><br>**ORDER TAXING COSTS** |

Upon application of Defendant, a hearing for taxation of costs was held on January 6, 2015. Derek Emge representing plaintiffs, and Daniel Wierzba, representing defendants, appeared telephonically. Plaintiff has no opposition other than those raised in the Notice of Motion and Motion to Preclude Recovery of Costs [90], which are outside the scope of the hearing as set forth in Civ LR 54.1.

Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees for transcripts | $ 17,814.66 | $ 17,814.66 |
| Fees for witnesses | $ 40.00 | $ 40.00 |
| Fees for exemplification and costs of copies | $ 127.40 | $ 127.40 |
| **TOTAL COSTS TAXED** in favor of prevailing party Defendant | | $ 17,982.06 |

Dated:   1/13/2015

John Morrill, Clerk of Court

s/ Laura Barkins

Laura Barkins, Assistant Supervisor